Eugene Y. Turin
(California Bar No. 342413)
McGuire Law, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002, ex. 3
eturin@mcgpc.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KLEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>GAMMA ENTERTAINMENT,<br><br>    Defendant. | Case No. 2:23-cv-01890-MCS-AFM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: Hon. Mark C. Scarsi<br>Courtroom: 7C<br><br>Action Filed:   March 14, 2023<br><br>Trial Date:  None set |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Andrew Klein hereby voluntarily dismisses this action without prejudice.

1. On March 14, 2023, Plaintiff filed his Class Action Complaint against Defendant Gamma Entertainment, Inc. in this Court.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the

defendant serves either an answer or a motion for summary judgment. *Madsen v. Park City*, 6 F. Supp. 2d 938, 943 (N.D. Ill. 1998).

3. Defendant has neither answered Plaintiff's Complaint nor served a motion for summary judgment.

4. Accordingly, Plaintiff hereby voluntarily dismisses this action without prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the claims, if any, of the members of the putative class.

DATED: April 25, 2023                    Respectfully submitted,

                                            ANDREW KLEIN

                                            By: /s/ *Eugene Y. Turin*

                                            Eugene Y. Turin (SB # 342413)
                                            MCGUIRE LAW, P.C.
                                            55 W. Wacker Dr., 9th Fl.
                                            Chicago, IL 60601
                                            Tel: (312) 893-7002 Ex. 3 Fax:
                                            312-275-7895
                                            eturin@mcgpc.com

                                            *Counsel for Plaintiff*